MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

United States of America  VS  Michael Sean Trippe

Case Number: 22-cr-1241-JAH    EXHIBIT LIST    Detention Hearing

☒ Plaintiff   ☐ Defendant   ☐ Court

| Exhibit | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 6/16/2022 | 6/16/2022 | San Diego County Crime Stoppers |
| 2 | 6/16/2022 | 6/16/2022 | Image |
| 3 | 6/16/2022 | 6/16/2022 | Image |