

**San Diego County Crime Stoppers**
1401 Broadway
San Diego, California 92101-5710
619-531-1547 / 619-531-1500  www.sdcrimestoppers.org
888-580-8477

**P3 INTEL**
Confidential
Law Enforcement Use Only

| | |
|---|---|
| Offense Type: **Attempt Homicide** | Tip ID: **409-M30579** |
| Delivered To: **SDSO-CID** | Created: **2019/05/29** |
| Follow-Up By: **2019/06/28** | Time: **1:49 AM** |

### Narrative
On May 23rd 2019 three members of the peckerwood motorcycle club araon Lang Matt wood and jhonny we're forced at gunpoint by Darrell Denison and Trent solis to turn over there Harley Davidson motorcycles and there club colors and they were beat with a bat so bad one guy is still in hospital they are scared to say anything because they were told they would get killed the Aryan brotherhood in San Diego member Michael Trippe Kelly English and Neal president of the reikers motorcycle club ordered them to take care of the three and take their bikes and to give the address of the three so they can take out them in the near future if anybody talked I am scared for my life and don't know what to do and scared to talk to anybody I don't know what to do or where to go next

### General Information
**Offense Type**: Attempt Homicide
**Address of Incident**: 9883=chocolate summit drive
**County**: Ca
**City, State (required)**: El cajon
**Nearest Intersection or Crossing Street**: Harbison canyon
**How did you hear about our program?** Internet

### Suspect
**First Name**: Michael
**Last Name**: Tripp
**Alias**: Shawn
**Race**: White
**Gender**: Male
**Gang Activity**: Ayran brother s

### Suspect
**First Name**: Trent
**Last Name**: Solis
**Suspect's Phone Number**: 6194541460
**Gang Activity**: Peckerwoods mc

### Suspect
**First Name**: Darrell
**Last Name**: Denison
**Gang Activity**: Peckerwoods mc

### Suspect
**First Name**: Kelly
**Last Name**: English
**Gang Activity**: Skin head

### Suspect
**First Name**: Niel
**Last Name**: Tamalage
**Gang Activity**: Reikers mc

### Vehicle
**Make**: Harley Davidson



Tip ID 409-M30579 - Page 1 of 2

**Vehicle**
  **Make**: Harley Davidson
**Drugs**
  **Does the suspect sell or use drugs?** Yes
  **Type of Drug(s) Involved?** Metg
  **Where is it being sold? (from vehicle, residence, etc.)** House

---

**Crime Stoppers ⇨ Tipster**                                                                 2019/5/29 4:09 AM

Who is still in the hospital? Which hospital are they at? Do you know who else saw this incident? Did this incident occur at the Chocolate Summit Drive address or who lives at the Chocolate Summit Drive address? We know it's a lot of questions, but these are all questions that will help out the appropriate investigators?

**Crime Stoppers ⇨ Tipster**                                                                 2019/5/29 4:09 AM

Also, why did this happen?

---

Please use the Tip ID 409-M30579 along with the Disposition ID number 4265347 when completing the disposition form located at https://www.p3tips.com/dispo.



