```
RANDY S. GROSSMAN
United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
California Bar No. 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: connie.wu@usdoj.gov
Attorneys for the Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-01241-RSH |
|---|---|
| Plaintiff, | **JOINT MOTION FOR** |
| v. | **PROTECTIVE ORDER** |
| MICHAEL SEAN TRIPPE, | |
| Defendant. | |

The parties, United States of America, by and through its counsel Randy S. Grossman, United States Attorney, and Connie Wu, Assistant U.S. Attorney, and Roland Haddad, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations. The parties jointly agree to the following:

(1) that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter, "the Government") and their assistants, the defendant, counsel of record and counsel's assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the Government from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

(2) nothing contained herein shall prevent the Government, or any defendant or counsel of record, from disclosing such discovery material to any other attorneys working for the Government, the defendant or counsel of record, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendant and counsel of record (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

(3) Further, nothing contained herein shall preclude the Government, defendant or counsel of record, or respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendant or counsel of record, or counsel's respective assistants, obtain prior permission of this Court.

(4) Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days or, if agreed to by the parties, to replacement counsel.

(5) Defense counsel and the United States shall be required to communicate the substance of this order and explain it to their clients and assistance before disclosing the substance of the discovery to their clients or assistants.

//
//

| | | | |
|---|---|---|---|
| 1 | DATED: | September 7, 2022 | Respectfully submitted, |

RANDY S. GROSSMAN
United States Attorney

*s/ Connie Wu*
CONNIE V. WU
Assistant United States Attorney
Attorneys for the United States

*s/ Roland Haddad(w/authorization*
ROLAND HADDAD
Counsel for Defendant Trippe

RANDY S. GROSSMAN
United States Attorney
CONNIE V. WU
Assistant U.S. Attorney
California Bar No. 297177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: connie.wu@usdoj.gov
Attorneys for the Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-cr-01241-RSH |
| Plaintiff, | **DEFENDANT'S STIPULATION REGARDING THE DISCLOSURE AND USE OF TITLE III LINE SHEETS AND TITLE III TRANSCRIPTS** |
| v. | |
| MICHAEL SEAN TRIPPE, | |
| Defendant. | |

It is the position of the Government that line sheets and draft Title III transcripts are not final reports or documents and are not discoverable items under Rule 16 of the Federal Rules of Criminal Procedure or the Jencks Act. However, the Government is willing under the conditions set out in this stipulation to provide these materials to the defense in order to aid the defendants in reviewing Title III evidence obtained during this investigation. In exchange for the Government's agreement to produce the Title III line sheets and draft Title III transcripts in discovery, the Defendant hereby stipulates and agrees:

(1) that the "line sheets" and "draft transcripts" will only be used to assist counsel in preparing for trial and related proceedings and will not be used for any other purpose;

(2) that, among these limitations, the "line sheets" and "draft transcripts" will not be used:

(a) in connection with any motion challenging the Title III; (b) to examine or cross examine any witness; (c) to impeach the credibility of any witness; (d) to refresh the recollection of any witness; and/or (e) as trial exhibits;

(3)   that the "line sheets" and "draft transcripts," and/or their contents, cannot be copied, distributed, or otherwise communicated to anyone who has not signed this stipulation other than those who work directly under the supervision of counsel, who have signed the stipulation;

(4)   that the "line sheets" and "draft transcripts," are the property of the United States Attorney and must be returned to the Government upon demand, completion of the case, or upon the termination of counsels' representation in connection with the above-captioned case.

SO STIPULATED AND AGREED.

DATED:  9/6/2022

*CONNIE WU*
Assistant United States Attorney

DATED:  9-7-22

*ROLAND HADDAD*
Attorney for Defendant Trippe